NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-13-0003980
28-AUG-2014
08:35 AM

NO. CAAP-13-0003980

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

KEITH MURAUSKAS,
Plaintiff-Appellant,
v.
DEPARTMENT OF PUBLIC SAFETY, STATE OF HAWAI'I,
Defendant-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 09-1-1272-06)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Nakamura, C.J., Leonard and Reifurth, JJ.)

Upon review of the record, it appears that:

(1) On October 14, 2013, Plaintiff-Appellant Keith Murauskas (**Appellant**), pro se, filed a notice of appeal;

(2) The record on appeal was filed on November 27, 2013, and the appellate clerk informed Appellant that the opening brief was due on January 6, 2014;

(3) Appellant did not file the opening brief by January 6, 2014, and on January 13, 2014, the appellate clerk informed Appellant that the time for filing the statement of jurisdiction and the opening brief had expired, and that the appeal may be dismissed;

(4) On February 3, 2014, Appellant filed a motion, which this court deemed a request for relief from default of the opening brief, and on February 20, 2014, this court granted relief from default, extended the due date of the opening brief to April 21, 2014, and cautioned Appellant that failure to file documents or a request for extension by the due dates may result in the dismissal of the appeal;

(5) On April 1, 2014, the court further extended the due date of the opening brief, to May 30, 2014;

(6) On June 10, 2014, the court granted Appellant's untimely June 9, 2014 request for an extension of time to file the opening brief, extending the deadline to July 10, 2014, with no further extensions absent extraordinary cause, and cautioning Appellant that failure to timely file the opening brief may result in dismissal of the appeal.

(7) Thereafter, Appellant did not file the opening brief.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, August 28, 2014.

Chief Judge

Associate Judge

Associate Judge

-2-